UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES CARPENTER,

    Plaintiff,

  v.

UNITED STATES POSTAL SERVICE,
LISA PITTMAN, and
JOSEPH JUNTI,

    Defendants.

Case No. 26-cv-00217-JPG

## JUDGMENT

This matter having come before the Court and the Court having found it lacks subject matter jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: April 16, 2026**

**MONICA A. STUMP, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**